UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONJINEA WHITLEY,<br><br>Plaintiff,<br><br>v.<br><br>DOLGEN CALIFORNIA, LLC, doing business as DOLLAR GENERAL,<br><br>Defendant. | No. 1:19-cv-00762-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION<br><br>(Doc. No. 5) |

On June 12, 2019, the parties filed a stipulation, wherein they agree to submit this matter to binding arbitration pursuant to a written agreement that exists between the parties. (Doc. No. 5; *see also id.*, Ex. A.) The court has reviewed that agreement and finds that the claims asserted in this matter are within its scope. The court therefore finds good cause to submit this matter to binding arbitration. Accordingly, and pursuant to the parties' stipulation:

1. This action shall be submitted to binding arbitration pursuant to the parties' written agreement to arbitrate their disputes;
2. The award of the arbitrator shall constitute a final determination of the matter as to all parties and all claims, and shall be submitted as the judgment in this action;

/////

/////

1

3. This action shall be stayed pending conclusion of the arbitration proceedings; and
4. The parties are required to notify the court that arbitration proceedings have concluded within five (5) days of that occurring.

IT IS SO ORDERED.

Dated: __**June 18, 2019**__  
_____  
UNITED STATES DISTRICT JUDGE