# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONJINEA WHITLEY, | Case No. 1:19-cv-00762-DAD-EPG |
| Plaintiff, | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| DOLGEN CALIFORNIA LLC, doing business as Dollar General, | (ECF No. 9) |
| Defendant. | |

Plaintiff, Latonjinea Whitley, and Defendant, Dolgen California LLC, doing business as Dollar General, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 9). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**January 10, 2020**__    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE